UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PARAGON CONSTRUCTORS, INC., a Minnesota Corporation, DAVE PARK COMPANY, INC., a Minnesota Corporation, DAVID A. PARK and JACKIE A. PARK a/k/a Jacqueline A. Park, <br><br> Defendants and Third-Party Plaintiffs, <br><br> v. <br><br> 3M Corporation, <br> Third-Party Defendant. | Civil Action No. 05-CV-111 PAM/JSM <br><br> **ORDER** |

ORDER

UPON THE STIPULATION plaintiff and defendant dated November 3, 2005, the Court hereby orders the following briefing schedule:

1. The deadline for defendants to respond to plaintiff's motion for summary judgment should be extended from November 3, 2005 to November 10, 2005.

2. The deadline for plaintiff to file a reply to defendants' response should be extended from November 11, 2005 to November 17, 2005.

Dated: November 7, 2005                             s/ Paul A. Magnuson
                                                                    Paul A. Magnuson, Judge
                                                                    United States District Court