# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Safeco Insurance Company
of America,

                Plaintiff,                              Civil 05-111 (PAM/JSM)

v.

                                                **ORDER OF DISMISSAL**

Paragon Constructors, Inc.,  et al.,

                Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: February 15, 2006

                                                          s/Paul A. Magnuson
                                                          Paul A. Magnuson
                                                          United States District Court Judge